IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LARRY EDMONDS                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 4:06cv65 TSL-LRA

BOARD OF DIRECTORS, TENNESSEE
VALLEY AUTHORITY, AGENCY                                         DEFENDANT

ORDER

On September 19, 2007, this court entered an order allowing counsel for plaintiff to withdraw, staying this matter for thirty days to allow plaintiff to retain new counsel, and directing plaintiff to notify the court within thirty days as to whether he had retained counsel or intended to proceed pro se'. The order further stated that failure of plaintiff to notify the court of same could result in dismissal. No response has been received and it is hereby

ORDERED that this case be dismissed without prejudice.

SO ORDERED this 20th day of November, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE